**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-6622**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

KENNETH ANDRE BOONE,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda Wright Allen, District Judge.  (2:99-cr-00116-AWA-10)

———————————

Submitted:  June 18, 2012        Decided:  July 19, 2012

———————————

Before KING, SHEDD, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kenneth Andre Boone, Appellant Pro Se.  Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Andre Boone appeals the district court's order reducing his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Boone, No. 2:99-cr-00116-AWA-10 (E.D. Va. filed Mar. 12, 2012; entered Mar. 13, 2012). We deny Boone's motion requesting a bond hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED